UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FUNICULAR FUNDS, LP, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>PIONEER MERGER CORP., PIONEER MERGER SPONSOR LLC, JONATHAN CHRISTODORO, RICK GERSON, OSCAR SALAZAR, RYAN KHOURY, SCOTT CARPENTER, MATTHEW COREY, MITCHELL CAPLAN, and TODD DAVIS,<br><br>        Defendants. | Case No. 1:22-CV-10986-JSR<br><br>ECF Case |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned respectfully enters his appearance as counsel of record in the above-captioned action for Defendants Pioneer Merger Corp., Pioneer Merger Sponsor LLC, Jonathan Christodoro, Rick Gerson, Oscar Salazar, Ryan Khoury, Scott Carpenter, Matthew Corey, Mitchell Caplan and Todd Davis and requests that all subsequent papers be served upon him at the address indicated below.

Dated: New York, New York
       January 6, 2023

*s/ Stefan Atkinson*
Stefan Atkinson
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
stefan.atkinson@kirkland.com

*Attorneys for Defendants*