**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FUNICULAR FUNDS, LP, individually and
on behalf of all others similarly situated,

        Plaintiff,

v.

PIONEER MERGER CORP., PIONEER
MERGER SPONSOR LLC, JONATHAN
CHRISTODORO, RICK GERSON, OSCAR
SALAZAR, RYAN KHOURY, SCOTT
CARPENTER, MATTHEW COREY,
MITCHELL CAPLAN, and TODD
DAVIS,

        Defendants.

Case No. 1:22-CV-10986-JSR

**ECF Case**

## <u>NOTICE OF APPEARANCE</u>

**PLEASE TAKE NOTICE** that the undersigned respectfully enters her appearance as

counsel of record in the above-captioned action for Defendants Pioneer Merger Corp., Pioneer

Merger Sponsor LLC, Jonathan Christodoro, Rick Gerson, Oscar Salazar, Ryan Khoury, Scott

Carpenter, Matthew Corey, Mitchell Caplan and Todd Davis and requests that all subsequent

papers be served upon her at the address indicated below.


Dated: New York, New York
     January 6, 2023

*s/ Kyla Jackson*
Kyla Jackson
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
kyla.jackson@kirkland.com

*Attorneys for Defendants*