# Exhibit 1

| | PACX US Equity | 25) Export | Settings | | | | Security Ownership |
|---|---|---|---|---|---|---|---|

PIONEER MERGER CORP -CLASS A    ISIN  KYG7S24C1034

1) Current   2) Historical   3) Matrix   4) Ownership Summary   5) Insider Transactions   6) Options   7) Issuer Debt

Search Name: Default - No Search Selected    21) Save Search   22) Delete Search   23) Refine Search
Text Search: [            ]    Holder Group: All Holders    ☐ Investment Manager View
24) Color Legend    Periodicity: Quarterly   2022 Q3  -  2022 Q4

| # | Holder Name | Portfolio Name | Q3/2022 | Q4/2022 |
|---|---|---|---|---|
| 1. | Alpha Wave Global LP | | 4,449,999 | 4,449,999 |
| 2. | Funicular Funds LP | | | 2,516,534 |
| 3. | Glazer Capital LLC | | 1,092,470 | 2,281,787 |
| 4. | Bleichroeder LP | | 2,125,000 | 2,125,000 |
| 5. | Bank of Montreal | BANK OF MONTREAL | 475,840 | 1,809,998 |
| 6. | Weiss Asset Management LP | | 1,222,142 | 1,722,140 |
| 7. | Sculptor Capital Management Inc | | 1,695,754 | 1,695,754 |
| 8. | DE Shaw & Co LP | | 999,260 | 1,669,148 |
| 9. | HSBC Holdings PLC | | 1,609,775 | 1,609,775 |
| 10. | Chai Trust Co LLC | CHAI TRUST COMPANY LLC | 1,350,000 | 1,350,000 |
| 11. | Aristeia Capital LLC | ARISTEIA CAPITAL LLC | 1,099,228 | 1,099,228 |
| 12. | Westchester Capital Management LLC | WESTCHESTER CAPITAL MANAGEMENT LLC | 537,315 | 1,046,364 |
| 13. | Nomura Holdings Inc | | 1,034,315 | 1,034,315 |
| 14. | Bank of America Corp | BANK OF AMERICA CORP | 1,000,000 | 1,000,000 |
| 15. | Linden Advisors LP | LINDEN ADVISORS LP | 959,460 | 959,460 |
| 16. | Cowen Inc | | 125,000 | 725,000 |
| 17. | Radcliffe Capital Management LP | RADCLIFFE CAPITAL MANAGEMENT LP | 700,722 | 700,722 |
| 18. | Taconic Capital Advisors LP | TACONIC CAPITAL ADVISORS LP | 699,432 | 699,432 |
| 19. | Tenor Capital Management Co LP | TENOR CAPITAL MANAGEMENT CO LP | 688,213 | 688,213 |

PACX US Equity | 25) Export | Settings | Security Ownership

PIONEER MERGER CORP -CLASS A   ISIN  KYG7S24C1034

1) Current | 2) Historical | 3) Matrix | 4) Ownership Summary | 5) Insider Transactions | 6) Options | 7) Issuer Debt

Search Name: Default - No Search Selected | 21) Save Search | 22) Delete Search | 23) Refine Search
Text Search: | Holder Group: All Holders | Investment Manager View
24) Color Legend | Periodicity: Quarterly | 2022 Q3 - 2022 Q4

| # | Holder Name | Portfolio Name | Q3/2022 | Q4/2022 |
|---|---|---|---|---|
| 20. | Kryger Capital Ltd | Kryger Capital Ltd | 655,969 | 625,469 |
| 21. | Balyasny Asset Management LP | BALYASNY ASSET MANAGEMENT LLC | 552,898 | 552,898 |
| 22. | Saba Capital Management LP | SABA CAPITAL MANAGEMENT LP | 552,302 | 552,302 |
| 23. | Omni Partners US LLC | OMNI PARTNERS US LLC | 529,952 | 529,952 |
| 24. | MARSHALL WACE | | 1,298,673 | 489,798 |
| 25. | Bank Of Nova Scotia/Jamaica | | 482,819 | 482,819 |
| 26. | Bulldog Investors LLP | Bulldog Investors LLP | | 461,643 |
| 27. | Adage Capital Management LP | | 350,000 | 350,000 |
| 28. | Davidson Kempner Capital Management LP | DAVIDSON KEMPNER CAPITAL MGMT LP | 301,575 | 301,575 |
| 29. | Moore Capital Management LP | MOORE CAPITAL MANAGEMENT LP | 300,000 | 300,000 |
| 30. | W R Berkley Corp | Multiple Portfolios | 187,227 | 296,008 |
| 31. | Polar Asset Management Partners Inc | POLAR ASSET MANAGEMENT PARTNERS INC. | 190,549 | 261,639 |
| 32. | Periscope Capital Inc | PERISCOPE CAPITAL INC | 255,522 | 255,322 |
| 33. | Arena Capital Advisors LLC | ARENA CAPITAL ADVISORS LLC | 250,000 | 250,000 |
| 34. | Picton Mahoney Asset Management | PICTON MAHONEY ASSET MANAGEMENT | 249,995 | 249,995 |
| 35. | Sona Asset Management US LLC | Sona Asset Management US LLC | 249,500 | 249,500 |
| 36. | Karpus Management Inc | KARPUS MANAGEMENT INC | 819,754 | 218,000 |
| 37. | CVI Holdings LLC | CVI HOLDINGS LLC | 289,495 | 201,366 |
| 38. | Castle Creek Arbitrage LLC | CASTLE CREEK ARBITRAGE LLC | 199,998 | 199,998 |

PACX < Delisted

**PACX US Equity** | Export | Settings | Security Ownership

PIONEER MERGER CORP -CLASS A   ISIN KYG7S24C1034

1) Current | 2) Historical | 3) Matrix | 4) Ownership Summary | 5) Insider Transactions | 6) Options | 7) Issuer Debt

Search Name: Default - No Search Selected | 20) Save Search | 22) Delete Search | 23) Refine Search
Text Search: | Holder Group: All Holders | ☐ Investment Manager View
24) Color Legend | Periodicity: Quarterly | 2022 · Q3 – 2022 · Q4

| # | Holder Name | Portfolio Name | Q3/2022 | Q4/2022 |
|---|---|---|---:|---:|
| 39. | DuPont Capital Management Corp | DUPONT CAPITAL MANAGEMENT CORP | 199,998 | 199,998 |
| 40. | LMR Partners LLP | LMR PARTNERS LLP | 198,728 | 198,728 |
| 41. | HGC Investment Management Inc | HGC INVESTMENT MANAGEMENT INC | | 165,878 |
| 42. | Paloma Partners Management Co | PALOMA PARTNERS MANAGEMENT CO | 150,500 | 150,500 |
| 43. | Doctors Co An Interinsurance Exchange/The | | 145,000 | 145,000 |
| 44. | Atlas Merchant Capital LLC | Atlas Merchant Capital LLC | | 140,000 |
| 45. | UBS AG | | 140,275 | 136,082 |
| 46. | Silver Rock Financial LP | SILVER ROCK FINANCIAL LP | 124,316 | 124,316 |
| 47. | SIG HOLDING LLC | | 117,929 | 107,611 |
| 48. | Context Capital Management LLC | CONTEXT CAPITAL MANAGEMENT LLC | 106,520 | 106,520 |
| 49. | RiverNorth Capital Management LLC | RIVERNORTH CAPITAL MANAGEMENT | 102,243 | 102,243 |
| 50. | MFP Investors LLC | MFP Investors LLC | 100,000 | 100,000 |
| 51. | Hudson Bay Capital Management LP | HUDSON BAY CAPITAL MANAGEMENT LP | 99,998 | 99,998 |
| 52. | OMERS Administration Corp | OMERS ADMINISTRATION CORP | 97,998 | 97,998 |
| 53. | Walleye Capital LLC | WALLEYE CAPITAL LLC | 77,216 | 96,200 |
| 54. | FMR LLC | | 109,648 | 93,460 |
| 55. | Geode Capital Management LLC | GEODE CAPITAL MANAGEMENT LLC | 110,330 | 93,416 |
| 56. | Hospitals Insurance Co Inc | Multiple Portfolios | 90,000 | 90,000 |
| 57. | AQR Arbitrage LLC | AQR ARBITRAGE LLC | 90,000 | 90,000 |
| 58. | Toronto-Dominion Bank/The | | 81,797 | 81,797 |
| 59. | Meteora Capital LLC | Meteora Capital LLC | 170,706 | 72,532 |
| 60. | Whitebox Advisors LLC | WHITEBOX ADVISORS LLC | 69,000 | 69,000 |
| 61. | GGCP Inc | | 60,000 | 60,000 |
| 62. | Walleye Trading LLC | WALLEYE TRADING LLC | 53,915 | 53,915 |
| 63. | Tuttle Capital Management LLC | Tuttle Capital Management LLC | 50,000 | 50,000 |

PACX < Delisted

PACX US Equity | Export | Settings | Security Ownership

PIONEER MERGER CORP -CLASS A    ISIN KYG7S24C1034

1) Current | 2) Historical | 3) Matrix | 4) Ownership Summary | 5) Insider Transactions | 6) Options | 7) Issuer Debt

Search Name: Default - No Search Selected | 20) Save Search | 22) Delete Search | 29) Refine Search
Text Search: | Holder Group: All Holders | Investment Manager View
24) Color Legend | Periodicity: Quarterly | 2022 - Q3 - 2022 - Q4

| # | Holder Name | Portfolio Name | Q3/2022 | Q4/2022 |
|---|---|---|---|---|
| 64. | Terrapin Asset Management LLC | Terrapin Asset Management LLC | | 39,056 |
| 65. | Castleknight Management LP | CASTLEKNIGHT MANAGEMENT LP | | 31,800 |
| 66. | Captrust Financial Advisors LLC | CAPTRUST FINANCIAL ADVISORS LLC | | 26,474 |
| 67. | Boothbay Fund Management LLC | BOOTHBAY FUND MANAGEMENT LLC | 100,000 | 21,759 |
| 68. | Gritstone Asset Management LLC | Gritstone Asset Management LLC | | 21,020 |
| 69. | CaaS Capital Management LP | CAAS CAPITAL MANAGEMENT LP | 20,000 | 20,000 |
| 70. | First Trust Capital Management LP | First Trust Capital Management LP | 18,820 | 18,820 |
| 71. | Landscape Capital Management LLC | LANDSCAPE CAPITAL MANAGEMENT LLC | 16,179 | 16,179 |
| 72. | Virtu Financial LLC | VIRTU FINANCIAL LLC | 33,623 | 15,032 |
| 73. | Deepcurrents Investment Group LLC | Deepcurrents Investment Group LLC | 14,185 | 14,185 |
| 74. | HRT Financial LP | HRT FINANCIAL LLC | 99,725 | 12,447 |
| 75. | Principal Financial Group Inc | | | 4,164 |
| 76. | Janus Henderson Group PLC | | | 2,280 |
| 77. | Tower Research Capital LLC | TOWER RESEARCH CAPITAL LLC | 2,118 | 1,367 |
| 78. | Ancora Advisors LLC | ANCORA ADVISORS LLC | 1,126 | 1,126 |
| 79. | Clear Street LLC | CLEAR STREET LLC | 30,000 | 521 |
| 80. | Elequin Capital LP | ELEQUIN CAPITAL LP | 500 | 500 |
| 81. | Nationwide Fund Advisors | Multiple Portfolios | 458 | 458 |
| 82. | Millennium Management LLC/NY | MILLENNIUM MANAGEMENT LLC | 973,179 | 0 |
| 83. | Basso Capital Management LP | BASSO CAPITAL MANAGEMENT LP | 3,119 | 0 |
| 84. | Mariner Investment Group LLC | MARINER INVESTMENT GROUP INC | 20,000 | 0 |
| 85. | Magnetar Financial LLC | MAGNETAR FINANCIAL LLC | 507,122 | 0 |
| 86. | Verition Fund Management LLC | VERITION FUND MANAGEMENT LLC | 97,118 | 0 |
| 87. | Cohanzick Management LLC | Cohanzick Management, LLC | 54,400 | 0 |
| 88. | CSS LLC | CSS LLC | 382,572 | 0 |