**Exhibit 2**



**Partner**

# Aaron Morris

aaron@moka.law | 332.240.4024

Aaron represents investors and institutions in cases involving fiduciary misconduct, securities violations, breach of contract and shareholder rights, with a focus on matters involving financial services companies, asset managers and crypto projects.

He formerly defended financial services firms and public companies at Skadden, Arps, Slate, Meagher & Flom.

Aaron maintains an active pro bono practice, and has represented clients from local pizza shops to non-profit board members.

He writes frequently about developments relating to investment funds and corporate governance.

### Education

Indiana University, B.S.
Boston College Law School, J.D., cum laude

### Admissions

State of New York
State of Massachusetts
State of Vermont
U.S. Court of Appeals, 1st Circuit
U.S. Court of Appeals, 2nd Circuit
U.S. District Court, Eastern District of New York
U.S. District Court, Southern District of New York
U.S. District Court, District of Massachusetts
U.S. District Court, District of Vermont

## Experience Representing Plaintiffs

Recovered damages for shareholders in merger designed to unfairly increase insider control

Recovered losses for fund investors in connection with change of control transaction

Recovered losses for fund investors after the collapse of an overleveraged mutual fund

Recovered losses for fund investors harmed in fund complex restructuring

Recovered damages for a construction company after misstatements by management regarding profitability of key projects

## Experience Representing Defendants

Represented financial services firm in connection with the collapse of the Falcon hedge funds

Represented asset manager in connection with exposure to the Bernie Madoff Ponzi scheme

Represented asset manager in victorious bench trial on excessive advisory fee claims

Advised asset managers and fund trustees on various issues under the Investment Company Act and Investment Advisers Act

Represented underwriters in class action securities litigation against a biopharmaceutical company in District of Massachusetts

Represented energy company in class action securities litigation in the Northern District of California

Represented big four accounting firm in class action securities litigation in District of Massachusetts

Represented cloud storage provider in class action securities litigation in the District of Massachusetts

Represented biotechnology company in class action securities litigation in the District of Massachusetts

Represented major pharmaceutical in FINRA inquiry

## Pro Bono Representations

Helped pizza shop recover damages for hijacked website and domain name

Helped small restaurant owners take down infringing websites and recover hijacked domains

Defended volunteer, non-profit directors wrongly accused of wage and hour violations



**Partner**

# Leo Kandinov

leo@moka.law | 619.780.3993

Leo has managed hundreds of corporate investigations and shareholder complaints arising from corporate misconduct, and has litigated cases to favorable settlements in state and federal courts across the country.

Leo is responsible for client engagement at the firm, as well as the firm's portfolio monitoring services, and speaks regularly to investors, fiduciaries and institutions regarding the investment impacts of corporate malfeasance and the potential value to stockholders of pursuing legal remedies.

Leo was formerly a partner at Robbins LLP, where he led the firm's business development group. He has been recognized as a Super Lawyer Rising Star every year since 2016.

Leo is a member of the National Association of Public Pension Attorneys and Public Justice Foundation. He served as a judicial extern for the Honorable Ronald H. Sargis at the U.S. Bankruptcy Court in the Eastern District of California, and as a law clerk for the U.S. Attorney's Office, Southern District of California. At the University of California at Davis School of Law, Leo completed the Public Service Law Program and was an associate editor for the Business Law Journal. At San Diego State University, Leo was Valedictorian of his class.

## Education

San Diego State University, B.A., summa cum laude

University of California at Davis School of Law, J.D.

## Admissions

State of California

U.S. Court of Appeals, Ninth Circuit

U.S. District Courts, Northern, Central, and Southern Districts of California

U.S. District Court, Eastern District of Michigan

**Speaking Engagements**

"Monitoring, Alerting, Empowering: How Retail Investors Can Combat Corporate Fraud and Misconduct in the Stocks They Own" at The MoneyShow San Francisco (2019)

"Policing Your Pensions" at National Association of Police Organizations' 30th Annual Police, Fire, EMS, & Municipal Employees Pension & Benefits Seminar (2018)

"Information, Protection, Justice: Recent Trends in Corporate Fraud and What Trustees Can Do About It" at the Illinois Public Pension Fund Association's Illinois Pension Conference (2018)



**Partner**

# Andrew Robertson

andrew@moka.law | 332.282.6639

Andrew has nearly two decades of experience representing plaintiffs and defendants in complex, high-stakes litigation, including securities class actions, derivative litigations and FINRA arbitrations. Based in New York, Andrew has represented clients in state and federal courts across the country.

Andrew has particular expertise in matters involving investment advisers and financial services firms. He has litigated all types of claims on behalf of investors and industry participants, including disclosure claims under the federal securities laws, breach of fiduciary duty by fund directors and officers, mismanagement of client accounts, and unsuitable investment recommendations. He also has consulted with fund advisers and boards concerning a range of non-litigation matters.

Andrew has prosecuted dozens of plaintiff-side securities actions, handling all phases of litigation from pre-complaint investigation through trial and appeal. He recently served as lead trial counsel in two of the largest actions ever tried on behalf of mutual fund shareholders.

Andrew previously practiced in the New York office of Milbank LLP, where he represented some of the world's leading financial institutions and their officers and directors in securities and commercial litigation, arbitration, and regulatory enforcement proceedings.

## Education

Vanderbilt University, B.A., magna cum laude
New York University School of Law, J.D.

## Admissions

State of New York
U.S. Court of Appeals, First Circuit
U.S. Court of Appeals, Second Circuit
U.S. Court of Appeals, Third Circuit
U.S. Court of Appeals, Sixth Circuit
U.S. Court of Appeals, Ninth Circuit
U.S. District Court, Southern District of New York
U.S. District Court, Eastern District of New York
U.S. District Court, Northern District of New York
U.S. District Court, Western District of New York

## Experience Representing Plaintiffs

Representation of mutual fund investors in securities class action and derivative litigation seeking to recover damages resulting from the largest mutual fund valuation fraud in history

Representation of former fund shareholders in action arising from the fund's reckless use of leverage and resulting collapse

Representation of investors in numerous SPACs seeking to recover damages for breaches of fiduciary duty by sponsors, target companies, and other participants in de-SPAC transactions

Representation of mutual fund shareholders in more than a dozen actions alleging excessive fees under Section 36(b) of the Investment Company Act of 1940, including serving as lead trial counsel in multi-week bench trials in New Jersey and California federal court

Representation of international investor in $30 million FINRA arbitration concerning margin-based investments in leveraged and inverse ETFs

Representation of founder and co-owner of international beverage brand in "business divorce" litigation in New York state court

Representation of hotel employees in class action for wage-and-hour violations in New York federal court

## Experience Representing Defendants

Representation of investment adviser in successful defense, after a 7-week jury trial in Florida state court, of claims seeking more than $1 billion in damages for allegedly unsuitable investments in Enron Corp. and other securities

Representation of mutual fund investment advisers in class actions asserting claims under the 1933 and 1934 Acts with respect to revenue sharing, directed brokerage, and other distribution payments to broker-dealers

Representation of mutual fund investments advisers in securities class actions alleging misrepresentations and omissions in connection with investments in CDOs and other mortgage-related securities

Representation of mutual fund investment adviser in securities class actions and shareholder derivative litigations in connection with allegedly undisclosed market timing and late trading activity

Representation of broker-dealer and associated persons in numerous FINRA arbitrations alleging mismanagement and suitability claims following the 2008 credit crisis

Representation of former executive officer of major investment bank in securities class actions and shareholder derivative litigations based on write-downs of holdings of CDOs and other mortgage-related securities

Representation of former CFO of Puerto Rico-based bank in securities class actions, shareholder derivative litigations, and government investigations concerning accounting for sales of mortgage pools

Representation of food-processing equipment manufacturer in customer dispute for breach of contract and breach of warranty in Texas state court

## Pro Bono Representations

Representation of widow in ERISA action for unpaid benefits from union pension fund

Representation of individual debtor in adversary proceeding in Chapter 7 bankruptcy

Representation of criminal defendant in appeal of denial of request for resentencing pursuant to the New York Drug Law Reform Act