# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FUNICULAR FUNDS, LP, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>                v.<br><br>PIONEER MERGER CORP., PIONEER MERGER SPONSOR LLC, JONATHAN CHRISTODORO, RICK GERSON, OSCAR SALAZAR, RYAN KHOURY, SCOTT CARPENTER, MATTHEW COREY, MITCHELL CAPLAN, and TODD DAVIS,<br><br>                Defendants. | Civil Action No. 22-10986-JSR<br><br>**LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND APPROVAL OF CLASS NOTICE** |

       PLEASE TAKE NOTICE that based on the Stipulation and Agreement of Settlement dated February 9, 2024 (the "Stipulation"), attached hereto as <u>Exhibit 1</u>; the accompanying memorandum of law; and all other papers and proceedings herein, Lead Plaintiff Funicular Funds, LP ("Lead Plaintiff") hereby moves this Court, under Rule 23(e)(1) of the Federal Rules of Civil Procedure, for preliminary approval of the proposed Settlement so that notice may be provided to the Settlement Class. Specifically, Lead Plaintiff requests that the Court enter an order: (i) preliminarily approving the proposed Settlement; (ii) approving the form and manner of providing notice to members of the Class; and (iii) scheduling a hearing to consider final approval of the Settlement and approval of the Plan of Allocation and Lead Counsel's motion for attorneys' fees, incentive award and litigation expenses.

       A [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement is submitted with this Motion as <u>Exhibit 2</u>.

Defendants do not oppose the Motion and Lead Plaintiff believes that the Motion is appropriate for resolution without a hearing.

Dated: February 9, 2024

Respectfully submitted,

/s/ Aaron T. Morris
**MORRIS KANDINOV LLP**
Aaron T. Morris
Andrew W. Robertson
305 Broadway, 7th Floor
New York, NY 10007
(212) 431-7473
aaron@moka.law
andrew@moka.law

**MORROW NI LLP**
Angus F. Ni
506 2nd Ave., Suite 1400
Seattle, WA 98104
(646) 453-7294
angus@moni.law

*Attorneys for Lead Plaintiff and the Class*