UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FUNICULAR FUNDS, LP, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PIONEER MERGER CORP., PIONEER MERGER SPONSOR LLC, JONATHAN CHRISTODORO, RICK GERSON, OSCAR SALAZAR, RYAN KHOURY, SCOTT CARPENTER, MATTHEW COREY, MITCHELL CAPLAN, and TODD DAVIS,<br><br>Defendants. | Civil Action No. 22-10986-JSR |

**NOTICE OF MOTION FOR FINAL APPROVAL
OF SETTLEMENT AND PLAN OF ALLOCATION**

TO: All Counsel of Record

PLEASE TAKE NOTICE that in accordance with Federal Rule of Civil Procedure 23(e) and this Court's Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement dated March 13, 2024 (ECF 84), Lead Plaintiff Funicular Funds, LP ("Lead Plaintiff"), on behalf of itself and the Class, will and does hereby move this Court, before the Honorable Jed S. Rakoff, on May 28, 2024 at 3:00 p.m., for entry of a Judgment approving the Settlement as fair, reasonable, and adequate and for entry of an Order approving the proposed Plan of Allocation as fair, reasonable, and adequate. This motion is based on (i) the Declaration of Aaron T. Morris in Support of: (A) Lead Plaintiff's Motion for Final Approval of Settlement and Plan of Allocation; and (B) Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses;

(ii) the Declaration of Jacob Ma-Weaver in Support of: (A) Lead Plaintiff's Motion for Final Approval of Settlement and Plan of Allocation; and (B) Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses; (iii) the Memorandum of Law in Support of Plaintiff's Motion for Final Approval of Settlement and Plan of Allocation; and (iv) all other papers and proceedings herein. A proposed Judgment and an Order granting the requested relief will be submitted with Lead Plaintiff's reply papers after the deadline for objecting to the Settlement has passed.

Dated: April 30, 2024                                Respectfully submitted,

*[signature]*

**MORRIS KANDINOV LLP**
Aaron T. Morris
Andrew W. Robertson
305 Broadway, 7th Floor
New York, NY 10007
(212) 431-7473
aaron@moka.law
andrew@moka.law

**MORROW NI LLP**
Angus F. Ni
502 Second Avenue, 14th Floor
Seattle, WA 98104
(646) 453-7294
angus@moni.law

*Attorneys for Lead Plaintiff and the Class*