**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FUNICULAR FUNDS, LP, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PIONEER MERGER CORP., PIONEER MERGER SPONSOR LLC, JONATHAN CHRISTODORO, RICK GERSON, OSCAR SALAZAR, RYAN KHOURY, SCOTT CARPENTER, MATTHEW COREY, MITCHELL CAPLAN, and TODD DAVIS,<br><br>Defendants. | Civil Action No. 22-10986-JSR |

**DECLARATION OF EMILY YOUNG REGARDING (A) DISTRIBUTION OF THE NOTICE, (B) MAINTENANCE OF THE SETTLEMENT WEBSITE AND (C) PUBLICATION OF THE SUMMARY NOTICE**

I, Emily Young, declare as follows:

1. I am a Director at Epiq Corporate Restructuring ("Epiq" or the "Settlement Administrator"), the Court-approved settlement administrator of the proposed Settlement in the above-captioned action (the "Action").

2. Pursuant to the Court's March 13, 2024 Order Preliminarily Approving Settlement And Authorizing Dissemination Of Notice Of Settlement (ECF 84) (the "Preliminary Approval Order"), Epiq was authorized to act as the settlement administrator to complete, among other things, the tasks set forth below.

3. I am over 21 years of age and am not a party to the Action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

## TRANSMITTAL OF THE NOTICE

4. On April 1, 2024, Epiq began to disseminate electronically and by U.S. Mail the Notice Of (I) Pendency Of Class Action And Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion For Attorneys' Fees And Litigation Expenses (the "Notice"), attached hereto as Exhibit 1, to Class members in accordance with the Preliminary Approval Order.

5. The Notice advised Class members of the terms of the Settlement, the attorneys' fees and expenses expected to be requested, the incentive award expected to be requested, the deadline of May 7, 2024 to submit objections, and the fairness hearing set by the Court for May 28, 2024 at 3:00 p.m.

6. As of May 10, 2024, Epiq has sent 247 copies of the Notice to all known members of the Class.

7. Epiq has encountered no challenges in disseminating the Notice to the members of the Class.

## SETTLEMENT WEBSITE

8. On April 1, 2024, Epiq created the settlement website—www.pioneermergercorpsettlement.com—to make the Notice available online and to provide Class members with easy access to other key materials.

9. In addition to the Notice, the website includes the (i) Amended Class Action Complaint; (ii) the Court's opinion on class certification dated November 1, 2023; (iii) the Court's denial of Defendants' motion to dismiss dated October 26, 2023; (iv) the Preliminary Approval Order; (v) Memorandum of Law in Support of Plaintiff's Motion for Final Approval of Settlement and Plan of Allocation (ECF 86); and (vi) Memorandum of Law in Support of Motion for Attorneys' Fees, Litigation Expenses, and Incentive Award (ECF 88).

10. The website will continue to be available to the Class until the final approval of the Settlement.

## PUBLICATION OF SUMMARY NOTICE

11. On April 1, 2024, Epiq caused the Summary Notice to be published in Investors Business Daily. A copy of the publication is attached hereto as Exhibit 2.

12. On April 29, 2024, Epiq disseminated a press release with a copy of the Summary Notice through Global Newswire. A copy of the press release is attached hereto as Exhibit 3.

## CLASS RESPONSE

13. As of May 10, 2024, Epiq is unaware of any Class member with objections to the Settlement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: 05/14/2024

*Emily Young*
_____
Emily Young