# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FUNICULAR FUNDS, LP, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>PIONEER MERGER CORP., PIONEER MERGER SPONSOR LLC, JONATHAN CHRISTODORO, RICK GERSON, OSCAR SALAZAR, RYAN KHOURY, SCOTT CARPENTER, MATTHEW COREY, MITCHELL CAPLAN, and TODD DAVIS,<br><br>Defendants. | Civil Action No. 22-10986-JSR<br><br>**DECLARATION OF R. CRAIG MARTIN** |

R. CRAIG MARTIN, in accordance with 28 U.S.C. § 1746, hereby declares as follows:

1. I am a partner with the law firm of DLA Piper LLP (US), 1201 North Market Street, Suite 2100, Wilmington, Delaware 19801. DLA acts as attorneys for Alexander Lawson and Christopher Kennedy, the Joint Official Liquidators (the "**JOLs**") for Defendant Pioneer Merger Corp. ("**Pioneer**"). The other defendants in this action are Pioneer Merger Sponsor LLC, Jonathn Christodoro, Rick Gerson, Oscar Salazar, Ryan Khoury, Scott Carpenter, Matthew Corey, Mitchell Caplan, and Todd Davis (collectively the "**Other Defendants**") in the above-captioned matter.

2. I submit this declaration to comply with paragraph 8 of the Court's March 13, 2024 Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement (the "Preliminary Order"), requiring the Defendants' counsel to "file[] with the Court, proof, by affidavit or declaration, regarding compliance with the notice requirements of CAFA." (ECF No. 84, Preliminary Order ¶ 8.)

3. On June 17, 2024, the JOLs, acting on behalf of Pioneer and in coordination with counsel for the Other Defendants, caused the attached CAFA Notice (Exhibit A) to be served in

- 2 -

compliance with Section 1715(b) by U.S. Certified Mail.  Exhibit A is a true and correct copy of the CAFA Notice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 24, 2024

*/s/ R. Craig Martin*
R. Craig Martin
