

**DLA Piper LLP (US)**
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801-1147
www.dlapiper.com

R. Craig Martin
craig.martin@dlapiper.com
T   302.468.5655
F   302.778.7834

June 17, 2024
VIA CERTIFIED MAIL

TO:     ALL ADDRESSEES LISTED IN
APPENDIX A

**RE:    CAFA Notice of Proposed Class Action Settlement:** *Funicular Funds, LP v. Pioneer Merger Corp., et al.*, 1:22-cv-10986-JSR (S.D.N.Y.)

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, you are hereby notified of a proposed settlement (the "Proposed Settlement") of the above-referenced class action lawsuit (the "Class Action") currently pending before the United States District Court for the Southern District of New York (the "Court"). This notice is provided on behalf of defendants Pioneer Merger Corp. ("Pioneer"), Pioneer Merger Sponsor LLC, Jonathan Christodoro, Rick Gerson, Oscar Salazar, Ryan Khoury, Scott Carpenter, Matthew Corey, Mitchell Caplan, and Todd Davis (collectively, "Defendants"). This firm represents Alexander Lawson and Christopher Kennedy in their capacity as Joint Official Liquidators of defendant Pioneer Merger Corporation (in Official Liquidation).

This notice and the accompanying materials are intended to satisfy any and all notice obligations that the Defendants have pursuant to CAFA with respect to the Class Action. The Court has not yet scheduled a hearing to determine, among other things, whether the Proposed Settlement is fair, reasonable, and adequate to the Class and if it should be approved by the Court. Defendants expect that any hearing date would be made publicly available on the Court's docket once scheduled.

Pursuant to 28 U.S.C. § 1715, the Defendants enclose with this letter a CD containing the following documents associated with the Proposed Settlement:

1. As Exhibit 1, the Class Action Complaint entitled *Funicular Funds, LP v. Pioneer Merger Corp., et al.*, filed on December 30, 2022 (1:22-cv-10986, Dkt. No. 1).

2. As Exhibit 2, the Amended Class Action Complaint, filed on January 20, 2023 (Dkt. No. 9).

3. As Exhibit 3, the Opinion and Order, Appointing Class Representative and Class Counsel, as entered by the Court on November 1, 2023 (Dkt. No. 43).

4. As Exhibit 4, Settlement Agreement (Dkt. 81-1).



June 17, 2024
Via Certified Mail
Page Two

5. As Exhibit 5, the Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement, with Class Notice and Summary Class Notice, as entered by the Court on March 13, 2024 (Dkt. No. 84).

6. As Exhibits 6-7, Notice of Motion for Final Approval of Settlement and Plan of Allocation, Memorandum of Law in Support Plaintiff's Motion for Final Approval of Settlement and Plan of Allocation (Dkt. Nos. 85-86).

7. It is not feasible to provide the names of class members who reside in each State and the estimated proportionate share of the claims of such members. The Litigation is not a consumer class action and the class members did not transact with Defendants. Rather, the class members were holders of Class A Public Shares of Pioneer as of the redemption date of January 13, 2023, whose shares were redeemed, including their legal representatives, heirs, successors-in-interest, transferees, and assignees of all such holders, but excluding (i) Defendants in this action; (ii) any person who is, or was at the time of the redemption, a trustee, officer, director, or partner of Pioneer Merger Sponsor LLC, Alpha Wave Global, LP, Patriot Global Management, LP, or their affiliates; (iii) the immediate family members of any of the foregoing; (iv) the legal representatives, heirs, successors-in-interest, successors, transferees, and assigns of the foregoing; and (v) any trusts, estates, entities, or accounts that held Pioneer Class A Public Shares for the benefit of any of the foregoing. Consequently, Defendants do not have a record of the class members in the ordinary course of business.

8. However, Pioneer (through its transfer agent), has attempted to identify the class members through the custodians of account holders, and is able to identify the number of shares for each custodian and a list of individual participants, which lists are attached as Exhibit 8. Defendants further assume that the number of class members in each State are roughly proportionate to the populations of the States referenced.

The password for the enclosed CD is R3eN0pC@f.

If you have any questions regarding this notice, the Class Action, the Proposed Settlement, the referenced materials, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.



June 17, 2024
Via Certified Mail
Page Three


Sincerely yours,

*/s/ R. Craig Martin*

R. Craig Martin

# APPENDIX A
## Offices of Federal and State Officials

| | |
|---|---|
| Merrick Garland<br>U.S. Department of Justice<br>Office of the U.S. Attorney General<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530 | Gary Gensler<br>U.S. Securities & Exchange Commission<br>100 F Street NE<br>Washington, DC 20549 |
| Michael J. Hsu<br>Office of the Comptroller of the Currency<br>400 7th Street SW<br>Washington, DC 20219 | Jerome H. Powell<br>Chairman, Federal Reserve Board<br>20th Street & Constitution Avenue<br>NW Washington, DC 20551 |
| John C. Williams<br>Federal Reserve Bank of New York<br>33 Liberty Street<br>New York, NY 10045 | Hon. Steve Marshall<br>Alabama Attorney General<br>501 Washington Ave., P.O. Box 300152<br>Montgomery, AL 36130 |
| Hon. Treg Taylor<br>Alaska Attorney General<br>1031 West 4th Avenue, Suite 200<br>Anchorage, AK 99501 | Hon. Fainu'ulelei Falefatu Ala'ilima-Utu<br>American Samoa Attorney General<br>American Samoa Gov't, Exec. Ofc.<br>Bldg. 3rd Floor, P.O. Box 7<br>Utulei, AS 96799 |
| Hon. Kris Mayes<br>Arizona Attorney General<br>2005 N Central Ave<br>Phoenix, AZ 85004 | Hon. Tim Griffin<br>Arkansas Attorney General<br>323 Center St., Suite 200<br>Little Rock, AR 72201 |
| Hon. Rob Bonta<br>California Attorney General<br>CAFA Coordinator<br>Consumer Law Section<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102 | Hon. Phil Weiser<br>Colorado Attorney General<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 |

| | |
|---|---|
| Hon. William Tong<br>Connecticut Attorney General<br>55 Elm Street<br>Hartford, CT 06106 | Hon. Kathy Jennings<br>Delaware Attorney General<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington, DE 19801 |
| Hon. Brian Schwab<br>District of Columbia Attorney General<br>441 4th Street NW, Suite 1100 South<br>Washington, DC 20001 | Hon. Ashley Moody<br>Florida Attorney General<br>The Capitol, PL 01<br>Tallahassee, FL 32399 |
| Hon. Christopher M. Carr<br>Georgia Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334 | Hon. Douglas B. Moylan<br>Office of the Attorney General of Guam<br>590 S. Marine Corps Dr., Suite 901<br>Tamuning, Guam 96913 |
| Hon. Anne E. Lopez<br>Hawaii Attorney General<br>425 Queen Street<br>Honolulu, HI 96813 | Hon. Raúl Labrador<br>Idaho Attorney General<br>700 W. Jefferson Street, Suite 210<br>P.O. Box 83720<br>Boise, ID 83720 |
| Hon. Kwame Raoul<br>Illinois Attorney General<br>James R. Thompson Ctr.<br>100 W. Randolph St.<br>Chicago, IL 60601 | Hon. Todd Rokita<br>Indiana Attorney General<br>Indiana Government Center South<br>302 W. Washington Street, 5th Floor<br>Indianapolis, IN 46204 |
| Hon. Brenna Bird<br>Iowa Attorney General<br>Hoover State Office Bldg.<br>1305 E. Walnut Street<br>Des Moines, IA 50319 | Hon. Kris Kobach<br>Kansas Attorney General<br>120 SW 10th Ave., 2nd Floor<br>Topeka, KS 66612 |
| Hon. Russell Coleman<br>Kentucky Attorney General<br>700 Capitol Avenue<br>Capitol Building, Suite 118<br>Frankfort, KY 40601 | Hon. Liz Murrill<br>Louisiana Attorney General<br>P.O. Box 94095<br>Baton Rouge, LA 70804 |

| | |
|---|---|
| Hon. Aaron Frey<br>Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333 | Hon. Anthony G. Brown<br>Maryland Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202 |
| Hon. Andrea J. Campbell<br>Massachusetts Attorney General<br>1 Ashburton Place, 20th Floor<br>Boston, MA 02108 | Hon. Dana Nessel<br>Michigan Attorney General<br>P.O. Box 30212, 525 W. Ottawa Street<br>Lansing, MI 48909 |
| Hon. Keith Ellison<br>Minnesota Attorney General<br>445 Minnesota Street, Suite 1400<br>St. Paul, MN 55101 | Hon. Lynn Fitch<br>Mississippi Attorney General<br>Department of Justice<br>P.O. Box 220<br>Jackson, MS 39205 |
| Hon. Andrew Bailey<br>Missouri Attorney General<br>Supreme Ct. Bldg., 207 W. High Street<br>P.O. Box 899<br>Jefferson City, MO 65102 | Hon. Austin Knudsen<br>Montana Attorney General<br>Justice Bldg., 215 N. Sanders, Third Floor<br>P.O. Box 201401<br>Helena, MT 59620 |
| Hon. Mike Hilgers<br>Nebraska Attorney General<br>2115 State Capitol, P.O. Box 98920<br>Lincoln, NE 68509 | Hon. Aaron Ford<br>Nevada Attorney General<br>Old Supreme Ct. Bldg., 100 N. Carson St.<br>Carson City, NV 89701 |
| Hon. John Formella<br>New Hampshire Attorney General<br>33 Capitol Street<br>Concord, NH 03301 | Hon. Matt Platkin<br>New Jersey Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market Street, P.O. Box 080<br>Trenton, NJ 08625 |
| Hon. Raúl Torrez<br>New Mexico Attorney General<br>408 Galisteo Street<br>Villagra Building<br>Santa Fe, NM 87501 | Hon. Letitia James<br>New York Attorney General<br>Dept. of Law - The Capitol, 2nd Floor<br>Albany, NY 12224 |

| | |
|---|---|
| Hon. Josh Stein<br>North Carolina Attorney General<br>9001 Mail Service Center<br>Raleigh, NC 27699 | Hon. Drew H. Wrigley<br>North Dakota Attorney General<br>State Capitol, 600 E. Boulevard Ave.,<br>Dept. 125<br>Bismarck, ND 58505 |
| Hon. Edward Manibusan<br>Northern Mariana Islands Attorney General<br>Administration Building, P.O. Box 10007<br>Saipan, MP 96950 | Hon. Dave Yost<br>Ohio Attorney General<br>30 E. Broad St., 14th Floor<br>Columbus, OH 43266 |
| Hon. Gentner Drummond<br>Oklahoma Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK 73105 | Hon. Ellen F. Rosenblum<br>Oregon Attorney General<br>Justice Bldg., 1162 Court St., NE<br>Salem, OR 97301 |
| Hon. Michelle Henry<br>Pennsylvania Attorney General<br>1600 Strawberry Square, 16th<br>Floor Harrisburg, PA 17120 | Hon. Domingo Emanuelli<br>Puerto Rico Attorney General<br>P.O. Box 9020192 San Juan,<br>PR 00902 |
| Hon. Peter Neronha<br>Rhode Island Attorney General<br>150 S. Main Street<br>Providence, RI 02903 | Hon. Alan Wilson<br>South Carolina Attorney General<br>Rembert C. Dennis Office Bldg.,<br>1000 Assembly Street, Room<br>519 Columbia, SC 29211 |
| Hon. Marty Jackley<br>South Dakota Attorney General<br>1302 East Highway 14, Suite 1<br>Pierre, SD 57501 | Hon. Jonathan Skrmetti<br>Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202 |
| Hon. Ken Paxton<br>Texas Attorney General<br>Capitol Station, P.O. Box 12548<br>Austin, TX 78711 | Hon. Sean D. Reyes<br>Utah Attorney General<br>Utah State Capitol Complex<br>350 North State Street, Suite 230<br>Salt Lake City, UT 84114 |

| | |
|---|---|
| Hon. Charity Clark<br>Vermont Attorney General<br>109 State Street<br>Montpelier, VT 05609 | Hon. Gordon Rhea<br>Virgin Islands Attorney General<br>34-38 Kronprinsdens Gade, GERS Building, 2nd Floor<br>St. Thomas, VI 00802 |
| Hon. Jason Miyares<br>Virginia Attorney General<br>202 North Ninth Street<br>Richmond, VA 23219 | Hon. Bob Ferguson<br>Washington Attorney General<br>800 5th Ave, Suite 2000<br>Seattle, WA 98104 |
| Hon. Patrick Morrisey<br>West Virginia Attorney General<br>State Capitol Complex, Bldg. 1, Room E-26<br>Charleston, WV 25305 | Hon. Josh Kaul<br>Wisconsin Attorney General<br>Wisconsin Dept. of Justice, State Capitol Room 114 East, P.O. Box 7857<br>Madison, WI 53707 |
| Hon. Bridget Hill<br>Wyoming Attorney General<br>2320 Capitol Avenue State Capitol Bldg.<br>Cheyenne, WY 82002 | |