UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
FUNICULAR FUNDS, LP,

         Plaintiff,

   -v-

PIONEER MERGER CORP., et al.,

         Defendant.
```

22-cv-10986 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

New York, NY
February __10__, 2026

_____
JED S. RAKOFF, U.S.D.J.